# EXHIBIT A

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See privacy Act Statement before completing this form | AGENCY<br>☒ FEPA<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

Florida Commission on Human Relations _and EEOC_
**State or local Agency**

| NAME (Indicate Mr., Ms., or Mrs.)<br>Anthony Treadwell | HOME TELEPHONE NO. (Include Area Code)<br>(904) 318-0718 (c) |
|---|---|
| STREET ADDRESS<br>132 Corbata Lane | CITY, STATE AND ZIP CODE<br>St. Augustine, FL 32095 | DATE OF BIRTH<br>1/14/1974 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME<br>City of Jacksonville | NO. OF EMPLOYEES/MEMBERS<br>15+ | TELEPHONE NUMBER (Include Area Code)<br>(904) 630-2489 |
|---|---|---|
| STREET ADDRESS<br>117 W. Duval Street | CITY, STATE AND ZIP CODE<br>Jacksonville, FL 32202 | COUNTY<br>Duval |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (check appropriate box(es))
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 3/31/2017   LATEST Present
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s),

Charging Party ("CP"), Anthony Treadwell was hired by Responding Party ("RP"), the City of Jacksonville, in 2003 as a member of the Jacksonville Fire and Rescue Department ("JFRD"). By the fall of 2016, CP was assigned by RP as an instructor lieutenant at the JFRD academy. CP became aware of efforts by RP to "get rid of" of Captain Eric Mitchell, who later filed a lawsuit claiming race discrimination. In approximately mid-September, 2017, CP and fellow lieutenant Andrew Sneed (who has simultaneously filed a companion charge) attended a meeting with Lieutenant Jesse Brown and Division Chief Gail Loput. At the meeting, then-Lieutenant (now Assistant Chief) Brown instructed CP and Sneed that should no longer assist Mitchell any longer, and should "let him fail" if he could not perform duties without assistance. At the same meeting, Brown instructed that he would assign both CP and Sneed to another class so that "on paper" they would not be available to help Mitchell teach his class. Brown explained that CP and Sneed would not be required to actually attend the other class, although their names would be placed on the roster as if they attended. At other times, Brown told CP that RP needs to "get rid of" Mitchell. Mitchell was demoted from his position and filed a lawsuit against RP on October 9, 2015 alleging that his transfer was the result of race discrimination. On October 14, 2016, CP was deposed as a witness in the lawsuit filed by Mitchell and gave testimony regarding above statements and orders by Brown. CP's testimony constituted protected activity under Title VII and the Florida Civil Rights Act. On March 31, 2017, CP was transferred from his position at the JFRD training academy to F-5-B. RP transferred CP in retaliation for his protected activity. RP pursued disciplinary allegations against CP for a minor backing incident in May of 2017, by referring the matter to the Sheriff's Office for a criminal investigation, when RP had never before deemed such incidents as criminal. RP then issued disciplinary action, despite the lack of evidence to support discipline, and publicly humiliated CP in the department by falsely claiming that CP had lied about the incident. CP has suffered and continues to suffer losses of income, losses of other employment benefits, and has suffered and continues to suffer distress, humiliation, great expense, embarrassment, and damage his reputation. CP therefore requests an award of lost wages, other compensatory damages, and attorney's fees and costs.

CP requests that all communications be sent through hi attorney, T.A. Delegal III, DELEGAL LAW OFFICES, P.A., 424 E Monroe St, Jacksonville, FL. 32202. E-mail address tad@delegal.net.

| ☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY -(When necessary for State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br>Date: 08-24-2017 | I swear or affirm that I have read the above charge ant that the above charge and that it is true and correct to the best of my knowledge, information and belief<br>SIGNATURE OF COMPLAINANT<br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |



MONI DOVER
MY COMMISSION #FF951286
EXPIRES: FEB 26, 2020
Bonded through 1st State Insurance



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Miami District Office

1 Biscayne Tower, Suite 2700
2 South Biscayne Boulevard
Miami, FL 33131-1805
PH: (305)536-4491
TDD: (305) 536-5721
FAX: (305) 536-4011

*CHARGING PARTY/COMPLAINANT DESIGNATION OF REPRESENTATION FORM*

EEOC CHARGE NO. _____
CHARGING PARTY. __Anthony Treadwell__
RESPONDING PARTY. __City of Jacksonville__

The Charging Party/Complainant is entitled to be represented in connection with a charge/complaint by an individual or organization of his/her choice, unless the choice results in a conflict of position or a conflict of interest for the persons or organizations chosen. A representative may assist and counsel a Charging party in the preparation and presentation of his/her charge/complaint and appear with or for the Charging Party/Complainant before the Equal Employment Opportunity Commission. The Commission does not designate representatives for Charging Parties/Complainants.

When the Charging Party/Complainant designates a representative, the Charging Party/Complainant gives his/her consent to the commission to disclose all information concerning the charge/complaint to the person or organization designated. Failure of the Charging Party/Complainant to complete and return this form or a similar statement may preclude any representative from participating in the case while it is pending before the commission.

I hereby designate the individual or organization named below to represent me in connection with my charge/complaint before the Equal Employment opportunity Commission and to receive all information concerning the complaint from the Commission.

| Name of Representative | Telephone Number |
|---|---|
| Delegal Law Offices, P.A. | (904) 633-5000 |

Building and Suite Number
424 E. Monroe St.

Address (Number and Street)

| Jacksonville | FL | 32202 |
|---|---|---|
| City | State | Zip Code |

I understand that this designation may be cancelled by me or the individual or organization I have designated and that I am responsible for notifying the Commission in writing of any such cancellation.

_____    08-24-2017

Signature of Charging Party/Complainant (DO NOT PRINT)   Date

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See privacy Act Statement before completing this form | AGENCY<br>☒ FEPA<br>☒ EEOC | CHARGE NUMBER |
|---|---|---|

Florida Commission on Human Relations _and EEOC_
State or local Agency

| NAME (Indicate Mr., Ms., or Mrs.)<br>Andrew Sneed | HOME TELEPHONE NO. (Include Area Code)<br>(904) 773-3534 (c) |
|---|---|
| STREET ADDRESS<br>4130 Buddingtons Landing Court | CITY, STATE AND ZIP CODE<br>Middleburg, FL 32068 | DATE OF BIRTH<br>1/4/1974 |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below)

| NAME<br>City of Jacksonville | NO. OF EMPLOYEES/MEMBERS<br>15+ | TELEPHONE NUMBER (Include Area Code)<br>(904) 630-2489 |
|---|---|---|
| STREET ADDRESS<br>117 W. Duval Street | CITY, STATE AND ZIP CODE<br>Jacksonville, FL 32202 | COUNTY<br>Duval |
| NAME | | TELEPHONE NUMBER (Include Area Code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

CAUSE OF DISCRIMINATION BASED ON (check appropriate box(es))
☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify)

DATE DISCRIMINATION TOOK PLACE
EARLIEST 3/31/2017   LATEST Present
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional space is needed, attach extra sheet(s),

Charging Party ("CP"), Andrew Sneed was hired by Responding Party ("RP"), the City of Jacksonville, in 2003 as a member of the Jacksonville Fire and Rescue Department ("JFRD"). By the fall of 2016, CP was assigned by RP as an instructor lieutenant at the JFRD academy. CP became aware of efforts by RP to "get rid of" of Captain Eric Mitchell, who later filed a lawsuit claiming race discrimination. In approximately mid-September, 2015, CP and fellow lieutenant Anthony Treadwell (who has simultaneously filed a companion charge) attended a meeting with Lieutenant Jesse Brown and Division Chief Gail Loput. At the meeting, then-Lieutenant (now Assistant Chief) Brown instructed CP and Treadwell that should no longer assist Mitchell any longer, and should "let him fail" if he could not perform duties without assistance. At the same meeting, Brown instructed that he would assign both CP and Treadwell to another class so that "on paper" they would not be available to help Mitchell teach his class. Brown explained that CP and Treadwell would not be required to actually attend the other class, although their names would be placed on the roster as if they attended. At other times, Brown told CP that RP needs to "get rid of" Mitchell. Mitchell was demoted from his position and filed a lawsuit against RP on October 9, 2015 alleging that his transfer was the result of race discrimination. On October 14, 2016, CP was deposed as a witness in the lawsuit filed by Mitchell and gave testimony regarding above statements and orders by Brown. CP's testimony constituted protected activity under Title VII and the Florida Civil Rights Act. Following his testimony, CP was subjected to unwarranted allegations of discipline, and issued discipline in retaliation for his testimony. On March 31, 2017, CP was transferred from his position at the JFRD training academy to F-5-B. RP transferred CP in retaliation for his protected activity. CP has suffered and continues to suffer losses of income, losses of other employment benefits, and has suffered and continues to suffer distress, humiliation, great expense, embarrassment, and damage his reputation. CP therefore requests an award of lost wages, other compensatory damages, and attorney's fees and costs.

CP requests that all communications be sent through hi attorney, T.A. Delegal III, DELEGAL LAW OFFICES, P.A., 424 E Monroe St, Jacksonville, FL. 32202. E-mail address tad@delegal.net.

| ☒ I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures | NOTARY - (When necessary for State and Local Requirements)<br><br>I swear or affirm that I have read the above charge ant that the above charge and that it is true and correct to the best of my knowledge, information and belief |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>Date: 8-24-17 | SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (Day, month, and year) |


MONI DOVER
MY COMMISSION #FF951286
EXPIRES: FEB 26, 2020
Bonded through 1st State Insurance



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
Miami District Office

1 Biscayne Tower, Suite 2700
2 South Biscayne Boulevard
Miami, FL 33131-1805
PH: (305)536-4491
TDD: (305) 536-5721
FAX: (305) 536-4011

*CHARGING PARTY/COMPLAINANT DESIGNATION OF REPRESENTATION FORM*

*EEOC CHARGE NO.* _____
*CHARGING PARTY.* __Andrew Sneed__
*RESPONDING PARTY.* __City of Jacksonville__

*The Charging Party/Complainant is entitled to be represented in connection with a charge/complaint by an individual or organization of his/her choice, unless the choice results in a conflict of position or a conflict of interest for the persons or organizations chosen. A representative may assist and counsel a Charging party in the preparation and presentation of his/her charge/complaint and appear with or for the Charging Party/Complainant before the Equal Employment Opportunity Commission. The Commission does not designate representatives for Charging Parties/Complainants.*

*When the Charging Party/Complainant designates a representative, the Charging Party/Complainant gives his/her consent to the commission to disclose all information concerning the charge/complaint to the person or organization designated. Failure of the Charging Party/Complainant to complete and return this form or a similar statement may preclude any representative from participating in the case while it is pending before the commission.*

---

*I hereby designate the individual or organization named below to represent me in connection with my charge/complaint before the Equal Employment opportunity Commission and to receive all information concerning the complaint from the Commission.*

| *Name of Representative* | *Telephone Number* |
| --- | --- |
| Delegal Law Offices, P.A. | (904) 633-5000 |

*Building and Suite Number*
424 E. Monroe St.

*Address (Number and Street)*

| Jacksonville | FL | 32202 |
| --- | --- | --- |
| *City* | *State* | *Zip Code* |

*I understand that this designation may be cancelled by me or the individual or organization I have designated and that I am responsible for notifying the Commission in writing of any such cancellation.*

_____                    8-24-17

*Signature of Charging Party/Complainant (DO NOT PRINT)    Date*